IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00969-BNB

JAMES P. WYLIE,

    Plaintiff,

v.

BILL RITTER,
ARISTEDES W. ZAVARAS,
GARY GOLDER,
TONY CAROCHI,
CATHIE HOLST,
TONY ROMERO,
JOANNIE SHOEMAKER,
DAVID V. GRIFFARD,
SHAMES,
KEVIN MILYARD,
LARRY E. REID,
CAROL SOARES,
JOHA CHAPDELAINE,
BEV DAVIS,
LLOYD WAIDE,
KEN WILDENSTEIN,
MARY COX,
M. LOGAN,
NEGLEY,
B. SCOTT,
R. CARPENTER,
McCORMICK,
M. STARMER,
R. LOVITT,
A. WILCOX,
S. HARDY,
N. HANEY,
C. FOSTER,
M. CULLIP, and
Z. HUNKER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff James P. Wylie is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. He initiated this action by filing a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3), alleging that Defendants have violated his rights under the United States Constitution. He seeks money damages and injunctive relief. The Court must construe the Complaint liberally because Mr. Wylie is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

Mr. Wylie has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Subsection (e)(2)(B) of § 1915 requires a court to dismiss *sua sponte* an action at any time if the action is frivolous, malicious, or seeks monetary relief against a defendant who is immune from such relief. A legally frivolous claim is one in which the plaintiff asserts the violation of a legal interest that clearly does not exist or asserts facts that do not support an arguable claim. *Neitzke v. Williams*, 490 U.S. 319, 324 (1989). For the reasons stated below, the Complaint will be dismissed pursuant to § 1915(e)(2)(B)(i) as legally frivolous.

Mr. Wylie complains that Defendants, in violation of the Americans with Disabilities Act, have failed to accommodate his disabilities including, Dyslexia, Attention Deficit Hyperactivity Disorder, Scotopic Sensitivity Syndrome, PSA, and

2

Bipolar I. Plaintiff has raised the same claims in this Court in *Montez v. Owens,* No. 92-cv-00870-EWN-OES, an action commenced pursuant to the Americans With Disabilities Act, 42 U.S.C. 12101, and the Rehabilitation Act, 29 U.S.C. § 794. *See Montez* at Doc. Nos. 3156, 3244, and 3325.

Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). The Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. *See Duhart v. Carlson*, 469 F.2d 471 (10th Cir. 1972). The Court has examined its records and is satisfied that Mr. Wylie's claims are repetitive of the claims he asserts in Case No. 92-cv-00870-EWN-OES. Therefore, the instant action must be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as legally frivolous.

DATED at Denver, Colorado, this 16 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00969-BNB

James P. Wylie
Reg. No. 114060
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751-6000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/19/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk