IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00969-ZLW

JAMES P. WYLIE,

        Plaintiff,

v.

BILL RITTER,
ARISTEDES W. ZAVARAS,
GARY GOLDER,
TONY CAROCHI,
CATHIE HOLST,
TONY ROMERO,
JOANNIE SHOEMAKER,
DAVID V. GRIFFARD,
SHAMES,
KEVIN MILYARD,
LARRY E. REID,
CAROL SOARES,
JOHA CHAPDELAINE,
BEV DAVIS,
LLOYD WAIDE,
KEN WILDENSTEIN,
MARY COX,
M. LOGAN,
NEGLEY,
B. SCOTT,
R. CARPENTER,
MCCORMICK,
M. STARMER,
R. LOVITT,
A. WILCOX,
S. HARDY,
N. HANEY,
C. FOSTER,
M. CULLIP, and
Z. HUNKER,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

Plaintiff submitted a Request for Forms which is being treated as a notice of appeal on June 9, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
  X   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
  X   is not submitted
  __  is missing affidavit
  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __  is missing required financial information
  __  is missing an original signature by the prisoner
  __  is not on proper form (must use the court's current form)
  __  other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   11th   day of     June    , 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court